USCA1 Opinion

 

 June 28, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-2093 JUAN DIAZ LOPEZ, Plaintiff, Appellant, v. COMMONWEALTH OIL REFINING COMPANY, INC., ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Gilberto Gierbolini, U.S. District Judge] ___________________ ____________________ Before Cyr, Circuit Judge, _____________ Bownes, Senior Circuit Judge, ____________________ Stahl, Circuit Judge. _____________ ____________________ Juan Diaz Lopez on brief pro se. _______________ Ricardo F. Casellas, Fiddler, Gonzalez & Rodriguez and Arturo ____________________ ______________________________ ______ Bauermeister on brief for appellees. ____________ ____________________ ____________________ Per Curiam. The judgment of the district court is __________ affirmed for the reasons stated in the district court's ________ August 24, 1993 opinion and order. Appellant's motion that this court reconsider its order allowing the filing of appellees' supplemental appendix is denied. ______ Appellees' request that sanctions be awarded against appellant pursuant to Fed. R. App. P. 38 is denied. ______